[Cite as *02/27/2003 Case Announcements,* 2003-Ohio-860.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 27, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1454.  State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**
In Mandamus This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before March 12, 2003.

**2002–1455.  State ex rel. Weist v. Mason.**
In Mandamus This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before March 12, 2003.

[Cite as *02/28/2003 Case Announcements,* 2003-Ohio-889.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 28, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0111.  Sisson v. Lawrence.**
Board of Tax Appeals, No. 1999–L–1352. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for extension of time to file merit brief,

IT IS ORDERED by the court that the request be, and hereby is, granted, and appellant's merit brief is due on or before April 3, 2003.

## MISCELLANEOUS DISMISSALS

**2003–0328.  Ohio Turnpike Comm. v. Likowski.**
Summit App. No. 21097. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.